# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**UGUR TATLICI,**
Appellant,

v.

**MEHMET TATLICI,**
Appellee.

No. 4D2023-0491

[February 1, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott R. Kerner, Judge; L.T. Case No. 502018CA002361XXXXMB.

Andrew S. Berman of Young, Berman, Karpf & Karpf, P.A., Miami, and Lauri Waldman Ross of Lauri Waldman Ross, P.A., Coral Gables, for appellant.

Kara Rockenbach Link and Daniel M. Schwarz of Link & Rockenbach, PA, West Palm Beach, and Jeremy D. Friedman of Downs Law Group, Coconut Grove, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***